ORIGINAL

RECEIVED
SEP 3 0 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

A.F.T.E.R., Inc. a North Carolina Corporation, et al.
Please see alphabetized, numbered list of all plaintiffs included in Complaint

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Jeff H. Eckland

Firm Name: Faegre & Benson LLP

03-2264C

Post Office Box:

Street Address: 90 South 7th Street

City-State-Zip: 2200 Wells Fargo Center
Minneapolis, MN 55402

Telephone & Facsimile Numbers: (612) 766-7000 (fax) (612) 766-1600

E-mail address: jeckland@faegre.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Breach of contract -- loan contracts with Farmers Home Administration, United States Department of Agriculture

Government Agency Involved: A G R

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003