IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2264C
(Judge Braden)

(1) A.F.T.E.R. INCORPORATED,
A NORTH CAROLINA CORPORATION
P.O. Box 1205
Clinton, NC 28329

(2) ANTIGO APARTMENTS
COMPANY, A LIMITED
PARTNERSHIP
10215 North 111th Place
Scottsdale, AZ 85259

(3) ARE PROPERTIES, A
GENERAL PARTNERSHIP
P.O. Box 5
Elysian, MN 56028

(4) ARGENT APARTMENTS OF
PHILLIPS, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(5) ARGENT APARTMENTS OF
RIO, A LIMITED
PARTNERSHIP
5402 Highway Z
West Bend, WI 53095

(6) ARGENT APARTMENTS OF
RUDOLPH, A LIMITED
PARTNERSHIP
5402 Highway Z
West Bend, WI 53095

(7) ASHLAND ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(8) BARNEVELD ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(9) BAY HARBOR, A
WISCONSIN LIMITED
PARTNERSHIP
P.O. Box 901
1333 Wayland Street
Beaver Dam, WI 53916

(10) BEB, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(11) BLUE HORON PARK
APARTMENTS, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(12) BOSOBEL FAMILY
HOUSING, A LIMITED
PARTNERSHIP
7026 North Lake Drive
Fox Point, WI 53217

(13) BRODHEAD ELDERLY
HOUSING, A LIMITED
PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(14) C.F. CROIX ASSOCIATES, A
LIMITED LIABILITY
PARTNERSHIP
8040-60 ½ Avenue North
New Hope, MN 55428

(15) CATHERINE SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Praire, MN 55347

(16) CHASSELL ENTERPRISES I,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(17) CITY NATIONAL BANK &
TRUST COMPANY, TRUST
NO. 2259
1020 Lincoln Avenue
Fennimore, WI 53809

(18) CITY NATIONAL BANK &
TRUST COMPANY, TRUST
NO. 2260
1020 Lincoln Avenue
Fennimore, WI 53809

(19) COBB ELDERLY HOUSING,
A LIMITED PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(20) DAKOTA, INCORPORATED
P.O. Box 137
Niagara, WI 54151

(21) DALINGTON FAMILY
HOUSING
402 Gammon Place
Suite 330
Madison, WI 53719

(22) DODGEVILLE
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(23) DODGEVILLE MULTI-
FAMILY HOUSING, A
LIMITED PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(24) JACK DOUTHITT, SOLE
PROPIETORSHIP
7026 North Lake Drive
Fox Point, WI 53217

(25) ELLENDALE SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane North
Eden Prairie, MN 55347

(26) EQUITY INVESTORS V, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(27) FENNIMORE MULIT-
FAMILY HOUSING, A
LIMITED PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(28) FIRST AMERICAN LIMITED
PARTNERSHIP OF HALLOCK
5100 Eden Avenue
Edina, MN 55436

(29) FOLEY SQUARE
ASSOCIATES, A
LIMITED PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(30) FREEPORT SQUARE
ASSOCIATES, A
LIMITED PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(31) GLS, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(32) GLENWOOD, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(33) LEROY & AUDREY GOELZ,
SOLE PROPRIETORSHIP
70685-360th Street
Morton, MN 56270

(34) GRANT-KO ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(35) GREEN-KO ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(36) GREENWAY OF HARLAN
ASSOCIATES, A LIMITED
PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(37) GREENWAY OF MOUNT
PLEASANT ASSOCIATES,
A LIMITED PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(38) GREENWAY OF
OSKALOOSA ASSOCIATES,
A LIMITED PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(39) H & M PROPERTIES
601 Lewis Avenue North
P.O. Box 698
Watertown, MN 55388

(40) H-P LIMITED PARTNERSHIP
OF MIDDLETON
579 D'Onofrio Drive #10
Madison, WI 53719

(41) WILLIAM HASKINS, SOLE
PROPRIETORSHIP
1115 Nokomis Street
Alexandria, MN 56308

(42) R. BRUCE HAUPERT, SOLE
PROPRIETORSHIP
P.O. Box 2447
Iowa City, IA 52244-2447

(43) JAMES & BEVERLY HEIKE,
SOLE PROPRIETORSHIP
135 East Main Street
Mondovi, WI 54755

(44) GORDON HELMEID, SOLE
PROPRIETORSHIP
5742 Taft Street
Middleton, WI 53562

(45) HERITAGE PROPERTIES, A
MINNESOTA LIMITED
PARTNERSHIP
5100 Eden Avenue
Edina, MN 5543

(46) HIGHLAND MULTI-FAMILY
HOUSING, A LIMITED
PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(47) HORIZON ENTERPRISES OF
HORICON, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(48) HOUSING FACILITIES OF
VERONA, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53508

(49) I-S LIMITED PARTNERSHIP
OF MIDDLETON
579 D'Onofrio Drive #10
Madison, WI 53719

(50) INDEPENDENCE
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(51) IOWA COUNTY
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(52) ISLAND VIEW, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(53) JACKSON BAY, A LIMITED
PARTNERSHIP
10215 North 111th Place
Scottsdale, AZ 85259

(54) JAMES TOWN OF ST,
JAMES, A LIMITED
PARTNERSHIP
119 South 7th Street
St. James, MN 56801

(55) DAVID JOHNSON, SOLE
PROPRIETORSHIP
5848 Thornstarand Drive
Madison, WI 53705

(56) JUNEAU ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(57) K & H LIMITED
PARTNERSHOP OF
MIDDLETON
579 D'Onfrio Drive #10
Madison, WI 53719

(58) DONALD KNAACK, SOLE
PROPRIETORSHIP
1291 South Renee Place
Pueblo West, CO 81007

(59) NYALL & CHERYL
KNUTSON, SOLE
PROPRIETORSHIP
1404 Berberry
Janesville, WI 53545

(60) LAKE DELTON
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(61) LIBBY PLAZA, II
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(62) LOIS B., A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(63) LOW ENTERPRISES,A LIMITED
PARTNERSHIP
579 D'Onofrio Drive #10
Madison, WI 53719

(64) M & S ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(65) M-W LIMITED
PARTNERSHIP OF
MIDDLETON
579 D'Onofrio Drive #10
Madison, WI 53719

(66) MARBLE HOUSING
COMPANY
1021 South 2nd Street
Virginia, MN 55792

(67) THOMAS MAYBERRY, SOLE
PROPERTORSHIP
119 South 2th Street
St. James, MN 56081

(68) MERRILL FAMILY
HOUSING, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(69) MONROE HOUSING, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(70) NECEDAH MULTI-FAMILY HOUSING, A LIMITED PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(71) NEW-BEL-MO ENTERPRISES, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(72) NEW LISBON MULTI-FAMILY HOUSING, A LIMITED PARTNERSHIP
11881 East Fire Lane Road
Solon Springs, WI 54873

(73) OCONTO FALLS ENTERPRISES, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(74) OGILVIE SQUARE ASSOCIATES, A LIMITED PARTNERSHIP
8955 Ferndale Lane North
Eden Prairie, MN 55347

(75) OSSEO ENTERPRISES, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(76) JOSEPH PACHNOWSKI
7 Chadsford Court
Marlton, NJ 08503

(77) PACIFIC PLACE APARTMENTS, A LIMITED PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(78) PARK APARTMENTS, A MINNESOTA LIMITED PARTNERSHIP
P.O. Box 264
Geneva, MN 56035

(79) PESHTIGO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(80) PINE MEADOW
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madison, WI 53719

(81) PLATTEVILLE
ENERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(82) POINT WOODS
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madison, WI 53719

(83) POKEGAMA SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane North
Eden Prairie, MN 55347

(84) POKEGAMA SQUARE II
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane North
Eden Prairie, MN 55347

(85) ELAINE POMERENING,
SOLE PARTNERSHIP
925 Wilson Street
Fennimore, WI 53809

(86) PRAIRIE DU CHIEN
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(87) PRAIRIE VILLAGE OF
GRINNELL ASSOCIATES, A LIMITED
PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(88) PRAIRIE VILLAGE OF
GRINNELL II ASSOCIATES,
A LIMITED PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(89) PRAIRIE VILLAGE OF
WAPELLO ASSOCIATES, A
LIMITED PARTNERSHIP
529-36th Street
Des Moines, IA 50312

(90) PRIME REALTY
PROPERTIES, A LIMITED
PARTNERSHIP
11280 South Twin Lakes Road
Salon Springs, WI 54873

(91) R & R INVESTORS, A
LIMITED PARTNERSHIP
2535 South Shore Boulevard
St. Paul, MN 55110

(92) RAINBOW PARK, A
LIMITED PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(93) RICE LAKE ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(94) ROGNESS PROPERTIES, A
GENERAL PARTNERSHIP
P.O. Box 5
Elysian, MN 56028

(95) SAGE APARTMENTS
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(96) SAUK-KO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(97) SOUTH HILL II, A
LIMITED PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

(98) SPARTA HOUSING, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(99) ST. CROIX FALLS FAMILY
HOUSING, A WISCONSIN
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(100)STONECREST
DEVELOPMENT COMPANY
2901 Morningside Boulevard
Port St. Lucie, FL 34952

(101)STONECREST
DEVELOPENT COMPANY
OF SHELBY COUNTY, AN
INDIANA PARTNERSHIP
5356 Michael Court
Greenwood, IN 46142

(102)SWANVILLE APARTMENTS,
A MINNESOTA
PARTNERSHIP
236 Park Road
Staples, MN 56479

(103)TERRA VIEW
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madison, WI 53719

(104)THE MEADOWS
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madison, WI 53719

(105)TRE-HOFF, A WISCONSIN
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(106)UPSALA APARTMENTS,
INCORPORATED
236 Park Road
Staples, MN 56479

(107)VILLAGE APARTMENTS, A
CO-PARTNERSHIP
615 Bluff Avenue
Brainerd, MN 56401

(108)VILLAGE APARTMENTS OF
GERMANTOWN HILLS, A
LIMITED PARTNERSHIP
120 East Mossville Road
Peoia, IL 61615

(109)VILLAGE APARTMENTS OF
MONCKS CORNER, A
LIMITED PARTNERSHIP
120 East Mossville Road
Peoia, IL 61615

(110)VILLAGE APARTMENTS OF
NEW HOLSTEIN, A LIMITED
PARTNERSHIP
120 East Mossville Road
Peoia, IL 61615

(111)PAUL & SANDRA VOLLAN,
SOLE PROPRIETORSHIP
P.O. Box 450
c/o Farmer's State Bank
New London, MN 56288

(112)WAKEFIELD ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(113)DONALD & CAROL
WALCKER, SOLE
PROPRIETORSHIP
309 Cedar Path
Hokah, MN 55941

(114)WAUPUN-GUARDIAN
PARTNERS, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(115)LEONARD & SHIRLEY
WESTROM, SOLE
PROPIETORSHIP
22489 Country Road
Elbow Lake, MN 56531

(116)YAKIMA APARTMENTS
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomish, WA 98291

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
(202) 305-7561 Telephone
(202) 305-7643 Facsimile

Dated: October 15, 2003

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2003 a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Shalom Brilliant