**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.F.T.E.R., Inc., *et al.*,<br>Plaintiffs, | ) | |
| v. | ) | File No. 03-2264C |
| THE UNITED STATES,<br>Defendant. | ) | (Judge Braden) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs A.F.T.E.R., Inc., *et al.*, hereby request, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, an extension of twenty-one (21) days within which to file their opposition to defendant's motion to dismiss. Plaintiffs' opposition is currently due on January 2, 2004. By this motion, plaintiffs request that the deadline for filing their reply brief be extended up to and including January 23, 2004. This is plaintiffs' first request for an enlargement of time for this purpose. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose plaintiffs' motion.

Counsel have been making every effort to complete and file their brief in opposition defendant's motion to dismiss. Counsel litigating this case simultaneously are litigating other related cases, including *Allegre Villa v. United States*, No. 98-823C (Fed. Cl.) (reply brief on summary judgment due on January 7, 2004), *Grass Valley Terrace v. United States*, No. 98-726C (Fed. Cl.) (discovery pending), *Bellas Domas v. United States*, No. 98-826C (Fed. Cl.) and *Adams, et al. v. United States*, No. 96-699C (Fed. Cl.) (discovery pending), as

well as *Apache Apartments of Owatonna, et al. v. United States*, No. 96-700C (Fed. Cl.), *Sheyenne Development Phase I, et al. v. United States*, No. 02-5173 (Fed. Cir.), and *Chancellor Manor, et al. v. United States*, No. 02-5066 (Fed. Cir.) (various filings).

Counsel also have a number of deadlines and commitments in other cases at this time, including *Nelson, et al. v. Tice, et al.*, No. C2-01-0907 (Minn. Dist. Ct.) (discovery pending and motion for summary judgment due on January 8, 2003) and *PEC Solutions, Inc. v. NCS Pearson, Inc.*, No. 03-5214 (D. Minn.) (discovery pending), as well as several non-litigation matters. Finally, counsel's ability to complete their brief by the current deadline also has been hampered by the impending holidays, as plaintiffs' brief in opposition is currently due on January 2, 2004.

For the reasons set forth above, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the deadline for filing their opposition to defendant's motion to dismiss by twenty-one (21) days up to and including January 23, 2004.

Dated: December 24, 2003

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

William L. Roberts, Of Counsel
Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20591577.01