**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.F.T.E.R., Inc., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | File No. 03-2264C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs A.F.T.E.R., Inc., *et al.*, hereby request, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, an extension of twenty-one days within which to file their opposition to defendant's motion to dismiss. Plaintiffs' opposition is currently due on January 23, 2004. By this motion, plaintiffs request that the deadline for filing their reply brief be extended up to and including February 13, 2004. This is plaintiffs' second request for an enlargement of time for this purpose, as plaintiffs previously requested and were granted an extension of twenty-one days. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose plaintiffs' motion.

Counsel have been making every effort to complete and file their brief in opposition to defendant's motion to dismiss. However, counsel litigating this case simultaneously are litigating other related cases, including *Allegre Villa v. United States*, No. 98-823C (Fed. Cl.) (reply brief on summary judgment due on February 6, 2004), *Grass Valley Terrace v. United States*, No. 98-726C (Fed. Cl.) (discovery pending; conference set for January 21, 2004),

*Franconia Assoc. v. United States*, No. 97-381C (response to motion for leave filed on January 15, 2004); *Adams, et al. v. United States*, No. 96-699C (Fed. Cl.) (consolidated with *Bellas Domas v. United States*, No. 98-826C (Fed. Cl.)) (discovery pending), *Apache Apartments of Owatonna, et al. v. United States*, No. 96-700C (Fed. Cl.) (status report due January 20, 2004), and *Chancellor Manor, et al. v. United States*, No. 02-5066 (Fed. Cir.) (conference set for January 28, 2004).

Counsel also have a number of deadlines and commitments in other cases at this time, including *Nelson, et al. v. Tice, et al.*, No. C2-01-0907 (Minn. Dist. Ct.) (discovery pending), *TransCore LP v. State of Minnesota*, No. CX-04-29 (Minn. Dist. Ct.) (seeking temporary injunction), *Protest of Intercomp Company*, (agency bid protest), and *PEC Solutions, Inc. v. NCS Pearson, Inc.*, No. 03-5214 (D. Minn.) (discovery pending), as well as several non-litigation matters.

For the reasons set forth above, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the deadline for filing their opposition to defendant's motion to dismiss by twenty-one days up to and including February 13, 2004.

Dated: January 16, 2003

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20595700.01