**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.F.T.E.R., Inc., *et al.*, Plaintiffs, | ) | |
| v. | ) | File No. 03-2264C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs A.F.T.E.R., Inc., *et al.*, hereby request, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, an extension of fourteen days within which to file their opposition to defendant's motion to dismiss. Plaintiffs' opposition currently is due on February 13, 2004. By this motion, plaintiffs request that the deadline for filing their brief in opposition be extended up to and including February 27, 2004. This is plaintiffs' third request for an enlargement of time for this purpose, as plaintiffs previously requested and were granted two extensions of twenty-one days each. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose plaintiffs' motion.

Counsel continue to work diligently in an effort to complete and file their brief in opposition to defendant's motion to dismiss. However, significant commitments in other pending matters have hampered counsel's ability to complete their opposition by the current deadline. For example, counsel for plaintiffs recently became involved in a complex, multi-party international trade secrets action titled *BP Chemicals Limited vs. Yankuang Group*

*Boyang Foreign Economic & Trade Co., Ltd.*, No. CV03-8167 (C.D. Cal.). That case is being handled on an expedited basis and currently is entrenched in discovery and motions practice.

In addition, plaintiffs' counsel are litigating several related cases, including *Allegre Villa v. United States*, No. 98-823C (Fed. Cl.) (reply brief on summary judgment filed on February 9, 2004); *Grass Valley Terrace v. United States*, No. 98-726C (Fed. Cl.) (discovery pending); *Adams, et al. v. United States*, No. 96-699C (Fed. Cl.) (consolidated with *Bellas Domas v. United States*, No. 98-826C (Fed. Cl.)) (discovery pending); and *Chancellor Manor, et al. v. United States*, No. 02-5066 (Fed. Cir.). Counsel also have a number of deadlines and commitments in other cases at this time, including *PEC Solutions, Inc. v. NCS Pearson, Inc.*, No. 03-5214 (D. Minn.) (discovery pending); *Nelson v. Tice,* No. C2-01-0907 (Minn. Dist. Ct.) (discovery pending); and *Protest of Intercomp Company* (agency bid protest); *Protest of Digimarc ID Systems, LLC* (state bid protest), as well as numerous administrative proceedings and non-litigation matters.

For the reasons set forth above, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the deadline for filing their opposition to defendant's motion to dismiss by fourteen days up to and including February 27, 2004.

Dated: February 10, 2004

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

Mark J. Blando, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20601916.01