**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT AND JUST COMPENSATION**

**File No. 03-2264C**
**(Judge Braden)**

(1) A.F.T.E.R. INCORPORATED, A NORTH CAROLINA CORPORATION
P.O. Box 1205
Clinton, NC 28329

(2) AIRPORT ROAD APARTMENTS, A LIMITED PARTNERSHIP
14 Oakwilde Drive
A heville, NC 28803

(3) ANTIGO APARTMENTS COMPANY, A LIMITED PARTNERSHIP
10215 North 111th Place
Scott dale, AZ 85259

(4) ARE PROPERTIES, A GENERAL PARTNERSHIP
P.O. Box 5
Ely ian, MN 56028

(5) ARGENT APARTMENTS OF PHILLIPS, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(6) ARGENT APARTMENTS OF RIO, A LIMITED PARTNERSHIP
5402 Highway Z
We t Bend, WI 53095

(7) ARGENT APARTMENTS OF RUDOLPH, A LIMITED PARTNERSHIP
5402 Highway Z
We t Bend, WI 53095

(8) ASHLAND ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(9) BARNEVELD ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(10) BAY HARBOR, A
WISCONSIN LIMITED
PARTNERSHIP
P.O. Box 901
1333 Wayland Street
Beaver Dam, WI 53916

(11) BEB, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(12) BILLY YANK ASSOCIATES,
A LIMITED PARTNERSHIP
120 E. Mo ville Rd.
Peoria, IL 61615

(13) BLUE HERON PARK
APARTMENTS, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(14) BOSCOBEL FAMILY
HOUSING, A LIMITED
PARTNERSHIP
7026 North Lake Drive
Fox Point, WI 53217

(15) BRODHEAD ELDERLY
HOUSING, A LIMITED
PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(16) C. F. CROIX ASSOCIATES, A
LIMITED LIABILITY
PARTNERSHIP
8040-60 ½ Avenue North
New Hope, MN 55428

(17) CATHERINE SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(18) CHASSELL ENTERPRISES I,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(19) CITY NATIONAL BANK &
TRUST COMPANY, TRUST
NO. 2259
1020 Lincoln Avenue
Fennimore, WI 53809

(20) CITY NATIONAL BANK &
TRUST COMPANY, TRUST
NO. 2260
1020 Lincoln Avenue
Fennimore, WI 53809

(21) COBB ELDERLY HOUSING,
A LIMITED PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(22) DAKOTA, INCORPORATED
P.O. Box 137
Niagara, WI 54151

(23) DARLINGTON FAMILY
HOUSING
402 Gammon Place
Suite 330
Madi on, WI 53719

(24) DODGEVILLE
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(25) DODGEVILLE MULTI-
FAMILY HOUSING, A
LIMITED PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(26) JACK DOUTHITT, SOLE
PROPIETORSHIP
7026 North Lake Drive
Fox Point, WI 53217

(27) ELLENDALE SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane North
Eden Prairie, MN 55347

(28) EQUITY INVESTORS V, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(29) FENNIMORE MULTI-
FAMILY HOUSING, A
LIMITED PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(30) FIRST AMERICAN LIMITED
PARTNERSHIP OF
HALLOCK
5100 Eden Avenue
Edina, MN 55436

(31) FOLEY SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(32) FREEPORT SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(33) GLS, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(34) GLENWOOD, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(35) LEROY & AUDREY GOELZ,
SOLE PROPRIETORSHIP
70685-360th Street
Morton, MN 56270

(36) GRANT-KO ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(37) GREEN-KO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(38) GREENWAY OF HARLAN
ASSOCIATES, A LIMITED
PARTNERSHIP
529-36th Street
De Moine , IA 50312

(39) GREENWAY OF MOUNT
PLEASANT ASSOCIATES, A
LIMITED PARTNERSHIP
529-36th Street
De Moine , IA 50312

(40) GREENWAY OF
OSKALOOSA ASSOCIATES,
A LIMITED PARTNERSHIP
529-36th Street
De Moine , IA 50312

(41) H & M PROPERTIES
601 Lewi Avenue North
P.O. Box 698
Watertown, MN 55388

(42) H-P LIMITED PARTNERSHIP
OF MIDDLETON
579 D'Onofrio Drive #10
Madi on, WI 53719

(43) WILLIAM HASKINS, SOLE
PROPRIETORSHIP
1115 Nokomi Street
Alexandria, MN 56308

(44) R. BRUCE HAUPERT, SOLE PROPRIETORSHIP
P.O. Box 2447
Iowa City, IA 52244-2447

(45) JAMES & BEVERLY HEIKE, SOLE PROPRIETORSHIP
135 Ea t Main Street
Mondovi, WI 54755

(46) GORDON HELMEID, SOLE PROPRIETORSHIP
5742 Taft Street
Middleton, WI 53562

(47) HERITAGE PROPERTIES, A MINNESOTA LIMITED PARTNERSHIP
5100 Eden Avenue
Edina, MN 5543

(48) HIGHLAND MULTI-FAMILY HOUSING, A LIMITED PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(49) HORIZON ENTERPRISES OF HORICON, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(50) HOUSING FACILITIES OF VERONA, A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(51) I-S LIMITED PARTNERSHIP
OF MIDDLETON
579 D'Onofrio Drive #10
Madi on, WI 53719

(52) INDEPENDENCE
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(53) IOWA COUNTY
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(54) ISLAND VIEW, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(55) JACKSON BAY, A LIMITED
PARTNERSHIP
10215 North 111th Place
Scott dale, AZ 85259

(56) JAMES TOWN OF ST.
JAMES, A LIMITED
PARTNERSHIP
119 South 7th Street
St Jame , MN 56081

(57) JUNEAU ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(58) K & H LIMITED
PARTNERSHIP OF
MIDDLETON
579 D'Onofrio Drive #10
Madi on, WI 53719

(59) DONALD KNAACK, SOLE
PROPRIETORSHIP
1291 South Renee Place
Pueblo We t, CO 81007

(60) NYALL & CHERYL
KNUTSON, SOLE
PROPRIETORSHIP
1404 Berberry
Jane ville, WI 53545

(61) LAKE DELTON
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(62) LIBBY PLAZA II
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(63) LOIS B., A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(64) LOW ENTERPRISES, A
LIMITED PARTNERSHIP
579 D'Onofrio Drive #10
Madi on, WI 53719

(65) M & S ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(66) M-W LIMITED
PARTNERSHIP OF
MIDDLETON
579 D'Onofrio Drive #10
Madi on, WI 53719

(67) MARBLE HOUSING
COMPANY
1021 South 2nd Avenue
Virginia, MN 55792

(68) THOMAS MAYBERRY, SOLE
PROPRIETORSHIP
119 South 7th Street
St. Jame , MN 56081

(69) MERRILL FAMILY
HOUSING, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(70) MONROE HOUSING, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(71) NECEDAH MULTI-FAMILY
HOUSING, A LIMITED
PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(72) NEW-BEL-MO
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(73) NEW LISBON MULTI-
FAMILY HOUSING, A
LIMITED PARTNERSHIP
11881 Ea t Fire Lane Road
Solon Spring , WI 54873

(74) OCONTO FALLS
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(75) OGILVIE SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(76) OSSEO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(77) JOSEPH PACHNOWSKI
7 Chad ford Court
Marlton, NJ 08053

(78) PACIFIC PLACE
APARTMENTS, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(79) PARK APARTMENTS, A
MINNESOTA LIMITED
PARTNERSHIP
P.O. Box 264
Geneva, MN 56035

(80) PESHTIGO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(81) PINE MEADOW
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madi on, WI 53719

(82) PLATTEVILLE
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(83) POINT WOODS
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madi on, WI 53719

(84) POKEGAMA SQUARE
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(85) POKEGAMA SQUARE II
ASSOCIATES, A LIMITED
PARTNERSHIP
8955 Ferndale Lane
Eden Prairie, MN 55347

(86) ELAINE POMERENING,
SOLE PROPRIETORSHIP
925 Wil on Street
Fennimore, WI 53809

(87) PRAIRIE DU CHIEN
ENTERPRISES, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(88) PRAIRIE VILLAGE OF
GRINNELL ASSOCIATES, A
LIMITED PARTNERSHIP
529-36th Street
De Moine , IA 50312

(89) PRAIRIE VILLAGE OF
GRINNELL II ASSOCIATES,
A LIMITED PARTNERSHIP
529-36th Street
De Moine , IA 50312

(90) PRAIRIE VILLAGE OF
WAPELLO ASSOCIATES, A
LIMITED PARTNERSHIP
529-36th Street
De Moine , IA 50312

(91) PRIME REALTY
PROPERTIES, A LIMITED
PARTNERSHIP
11280 South Twin Lake Road
Salon Spring , WI 54873

(92) R & R INVESTORS, A
LIMITED PARTNERSHIP
2535 South Shore Boulevard
St. Paul, MN 55110

(93) RAINBOW PARK, A
LIMITED PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(94) RICE LAKE ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(95) ROGNESS PROPERTIES, A
GENERAL PARTNERSHIP
P.O. BOX 5
Ely ian, MN 56028

(96) SAGE APARTMENTS
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(97) SAUK-KO ENTERPRISES, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(98) SOUTH HILL II, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

(99) SPARTA HOUSING, A
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(100) ST. CROIX FALLS FAMILY
HOUSING, A WISCONSIN
LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(101) STONECREST
DEVELOPMENT COMPANY
2901 Morning ide Boulevard
Port St. Lucie, FL 34952

(102) STONECREST
DEVELOPMENT COMPANY
OF SHELBY COUNTY, AN
INDIANA PARTNERSHIP
5356 Michael Court
Greenwood, IN 46142

(103) SWANVILLE APARTMENTS,
A MINNESOTA
PARTNERSHIP
236 Park Road
Staple , MN 56479

(104) TERRA VIEW
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madi on, WI 53719

(105) THE MEADOWS
PARTNERSHIP, A LIMITED
PARTNERSHIP
1018 Gammon Lane
Suite 100
Madi on, WI 53719

(106) TRE-HOFF, A WISCONSIN
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(107) TRITON ENTERPRISES
730 St. Loui St.
Edward ville, IL 62025

(108) UPSALA APARTMENTS,
INCORPORATED
236 Park Road
Staple , MN 56479

(109) VILLAGE APARTMENTS, A
CO-PARTNERSHIP
615 Bluff Avenue
Brainerd, MN 56401

(110) VILLAGE APARTMENTS OF
GERMANTOWN HILLS, A
LIMITED PARTNERSHIP
120 Ea t Mo ville Road
Peoria, IL 61615

(111) VILLAGE APARTMENTS OF
MONCKS CORNER, A
LIMITED PARTNERSHIP
120 Ea t Mo ville Road
Peoria, IL 61615

(112) VILLAGE APARTMENTS OF
NEW HOLSTEIN, A LIMITED
PARTNERSHIP
120 Ea t Mo ville Road
Peoria, IL 61615

(113) PAUL & SANDRA VOLLAN,
SOLE PROPRIETORSHIP
P.O. Box 450
c/o Farmer' State Bank
New London, MN 56288

(114) WAKEFIELD ENTERPRISES,
A LIMITED PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(115) DONALD & CAROL
WALCKER, SOLE
PROPRIETORSHIP
309 Cedar Path
Hokah, MN 55941

(116) WAUPUN-GUARDIAN
PARTNERS, A LIMITED
PARTNERSHIP
1020 Lincoln Avenue
Fennimore, WI 53809

(117) LEONARD & SHIRLEY
WESTROM, SOLE
PROPRIETORSHIP
22489 County Road 12
Elbow Lake, MN 56531

(118) YAKIMA APARTMENTS
ASSOCIATES, A LIMITED
PARTNERSHIP
P.O. Box 1059
Snohomi h, WA 98291

Plaintiff ,

v.

UNITED STATES OF
AMERICA,

Defendant.

---

For their Fir t Amended Complaint again t the defendant United State of America, plaintiff tate and allege a follow :

**PRELIMINARY ALLEGATIONS**

1. Each of the plaintiff contracted with the United State of America ("the Government") for a loan to provide rental hou ing for low- and moderate-income per on ("the hou ing program "). The Government entered into the e contract ("the contract ")

with plaintiff by and through it agency, the Farmer Home Admini tration, United State Department of Agriculture ("FmHA").

2. While the preci e term of the e contract vary, all of them permitted each contracting plaintiff to terminate it participation in the Government' hou ing program "at the option" of plaintiff upon prepayment of each hou ing project' federally made or in ured mortgage. Pur uant to the contract , aid optional termination right could be exerci ed by plaintiff "at any time" prior to the termination of the forty (40) or fifty (50) year term of their contract .

3. Congre in 1988 and 1992 enacted legi lation that repudiated the Government' contractual obligation to permit FmHA contract holder to terminate their contract at any time at their option. A i alleged more fully below, plaintiff contend in thi action that the enactment of thi legi lation anticipatorily repudiate the contract between defendant and each of the plaintiff . A i their right, plaintiff have elected to treat the Government' anticipatory repudiation a a breach of contract a of the date of Government performance required by each contract, i.e., the date that each plaintiff would achieve it option of terminating it contract but for the Government' repudiation. Plaintiff al o allege that aid legi lation re ult in a taking of each plaintiff' property without ju t compen ation.

4. Plaintiff eek to recover in thi action the damage they have uffered and continue to uffer a a re ult of the breache by the Government of plaintiff ' contract and for ju t compen ation for the taking of their propertie .

**(Pre-1979 FmHA Contract )**

5. Plaintiff that entered into FmHA contract before December 21, 1979 ("the pre-1979 FmHA contract "), are contractually entitled to terminate their participation in the Government' hou ing program by exerci ing their option to prepay at any time. Such a prepayment would enable uch plaintiff to "go to market" and u e or di po e of their property by either (i) rai ing the property' rent to commercial rate ; or (ii) elling the property for it commercial fair market value.

6. The 1988 legi lation de cribed below repudiated the contractual right of pre-1979 FmHA contract holder to terminate their contract at any time at their option.

**(Po t-1979 FmHA Contract )**

7. Plaintiff that entered into FmHA contract on or after December 21, 1979 and before December 15, 1989 ("the po t-1979 FmHA contract "), al o are contractually entitled to exerci e their option to prepay at any time. However, by their term all po t-1979 FmHA contract are ubject to a fifteen (15) or twenty (20) year re trictive u e clau e. Thi clau e i binding upon the owner and their ucce or in intere t and require that the property be operated a low-rent hou ing for a period of fifteen (15) or twenty (20) year from the date of loan origination. Certain plaintiff holding pre-1979 FmHA contract are ubject, or potentially ubject, by law to the ame re trictive u e provi ion that apply to po t-1979 contract , and a uch mu t be treated a holding po t-1979 FmHA contract .

8. Accordingly, if a holder of a po t-1979 FmHA contract intend to terminate it contract and rai e it property' rent to commercial rate it mu t wait until on or after the end of the fifteen (15) or twenty (20) year period from the origination date of it mortgage loan to

do  o. Alternatively, if the holder of  uch a contract intend  to terminate it  contract and  ell it  property to a third party who will retain low rent  for the remainder of the fifteen (15) or twenty (20) year period commencing upon loan origination,  uch a contract holder i  contractually entitled to exerci e it  termination right and go to market at any time.

9. The 1992 legi lation de cribed below extended to po t-1979 FmHA contract holder  the provi ion  of the 1988 legi lation, de cribed below, that had repudiated the contractual termination right of pre-1979 FmHA contract holder .

**<u>THE PARTIES</u>**
**(Partie  Plaintiff)**

10. Each of the plaintiff  i  a general or limited partner hip, a corporation, an individual, or other legal entity which entered into a contract with FmHA for a loan to provide rental hou ing for low- and moderate-income re ident  meeting Government eligibility  tandard .

**<u>Li t of Plaintiff </u>**

11. The following compri e  an alphabetized, numbered li t of all plaintiff  who entered into  uch contract  with the Government:

1. A.F.T.E.R. Incorporated, a North Carolina Corporation, with an addre  at P.O. Box 1205, Clinton, North Carolina 28329, entered into four contract  for rental hou ing at the following project  known a :

(i) After Apartment  Pha e I, con i ting of four (4) unit ;

(ii) After Apartment  Pha e II, con i ting of twelve (12) unit ;

(iii) After Apartment  Pha e III, con i ting of eight (8) unit ; and

(iv) After Ea t Apartment , con i ting of twenty (20) unit .

2. Airport Road Apartment , a Limited Partner hip, with an addre at 14 Oakwilde Drive, A heville, North Carolina, entered into one contract for rental hou ing at the following project known a :

(i) Arden Town Villa , con i ting of fifty-two (52) unit .

3. Antigo Apartment Company, a Limited Partner hip, with an addre at 10215 North 111th Place, Scott dale, Arizona 58259, entered into one contract for rental hou ing at the following project known a :

(i) Antigo Apartment , con i ting of twenty-four (24) unit .

4. ARE Propertie , a General Partner hip, with an addre at P.O. Box 5, Ely ian, Minne ota 56028, entered into two contract for rental hou ing at the following project known a :

(i) F & H Apartment I, con i ting of eight (8) unit ; and

(ii) F & H Apartment II, con i ting of eight (8) unit .

5. Argent Apartment of Phillip , a Limited Partner hip, with an addre at 5402 Highway Z, We t Bend, Wi con in 53095, entered into one contract for rental hou ing at the following project known a :

(i) Argent Apartment of Phillip , con i ting of ixteen (16) unit .

6. Argent Apartment of Rio, a Limited Partner hip, with an addre at 5402 Highway Z, We t Bend, Wi con in 53095, entered into one contract for rental hou ing at the following project known a :

(i) Argent Apartment of Rio, con i ting of ten (10) unit .

7. Argent Apartment of Rudolph, a Limited Partner hip, with an addre at 5402 Highway Z, We t Bend, Wi con in 53095, entered into one contract for rental hou ing at the following project known a :

(i) Argent Apartment of Rudolph, con i ting of twelve (12) unit .

8. A hland Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) MacArthur Court Apartment , con i ting of twenty-two (22) unit .

9. Barneveld Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) High Ridge Place Apartment , con i ting of eight (8) unit .

10. Bay Harbor, a Wi con in Limited Partner hip, with an addre at P.O. Box 901, 1333 Wayland Street, Beaver Dam, Wi con in 53916, entered into one contract for rental hou ing at the following project known a :

(i) Bay Harbor Apartment , con i ting of twenty-five (25) unit .

11. BEB, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into three contract for rental hou ing at the following project known a :

(i) Bergland Apartment , con i ting of twelve (12) unit ;

(ii) Bruce Cro ing Apartment , con i ting of twelve (12) unit ; and

(iii) Ewen Apartment , con i ting of eight (8) unit .

12. Billy Yank A ociate , a Limited Partner hip, with an addre at 120 E. Mo ville Rd. Peoria, IL 61615, entered into one contract for rental hou ing at the following project known a :

(i) Village Apartment Pha e II, con i ting of twenty-four (24) unit .

13. Blue Heron Park Apartment , a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Virginia Villa Apartment , con i ting of forty (40) unit .

14. Bo cobel Family Hou ing, a Limited Partner hip, with an addre at 7026 North Lake Drive, Fox Point, Wi con in 53217, entered into one contract for rental hou ing at the following project known a :

(i) Bo cobel Family Hou ing Apartment , con i ting of ixteen (16) unit .

15. Brodhead Elderly Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Brodhead Elderly Hou ing Apartment , con i ting of twelve (12) unit .

16. C. F. Croix A ociate , a Limited Liability Partner hip, with an addre at 8040-60 ½ Avenue North, New Hope, Minne ota 55428 , entered into one contract for rental hou ing at the following project known a :

(i) Win ted Park Apartment , con i ting of twenty-four (24) unit .

17. Catherine Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Catherine Square Apartment , con i ting of twenty-four (24) unit .

18. Cha ell Enterpri e I, a Limited Partner hip with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Creamery Court Apartment , con i ting of twenty (20) unit .

19. City National Bank & Tru t Company, Tru t No. 2259, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Rolling Meadow Apartment , con i ting of ixteen (16) unit .

20. City National Bank & Tru t Company, Tru t No. 2260, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into two contract for rental hou ing at the following project known a :

(i) Avon Apartment , con i ting of ixteen (16) unit ; and

(ii) Mount Pula ki Apartment , con i ting of eight (8) unit .

21. Cobb Elderly Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Cobb Elderly Hou ing Apartment , con i ting of nine (9) unit .

22. Dakota Incorporated, with an addre at P.O. Box 137, Niagara, Wi con in 54151, entered into one contract for rental hou ing at the following project known a :

(i) Dakota Apartment , con i ting of twelve (12) unit .

23. Darlington Family Hou ing, with an addre at 402 Gammon Place, Suite 330, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) Darlington Family Hou ing Apartment , con i ting of eight (8) unit .

24. Dodgeville Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) North Ridge Court Apartment , con i ting of thirty-two (32) unit .

25. Dodgeville Multi-Family Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Prairie Cre t Apartment , con i ting of eight (8) unit .

26. Jack B. Douthitt, with an addre at 7026 North Lake Drive, Fox Point, Wi con in 53217, entered into one contract for rental hou ing at the following project known a :

(i) Blue River Elderly Hou ing Apartment , con i ting of eight (8) unit .

27. Ellendale Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane North, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Ellendale Square Apartment , con i ting of ixteen (16) unit .

28. Equity Inve tor V, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into five contract for rental hou ing at the following project known a :

(i) Bradford Village Apartment , con i ting of ixteen (16) unit ;

(ii) Chillicotlee Apartment , con i ting of twenty-two (22) unit ;

(iii) Indian Hill Apartment , con i ting of twenty-four (24) unit ;

(iv) Meadow Village Apartment , con i ting of twenty-four (24) unit ; and

(v) Paxton Apartment , con i ting of ten (10) unit .

29. Fennimore Multi-Family Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Fennimore Multi-Family Apartment , con i ting of ixteen (16) unit .

30. Fir t American Limited Partner hip of Hallock, with an addre at 5100 Eden Avenue, Edina, Minne ota 55436, entered into one contract for rental hou ing at the following project known a :

(i) Heritage Re idence Apartment , con i ting of ixteen (16) unit .

31. Foley Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Foley Square Apartment , con i ting of twenty-one (21) unit .

32. Freeport Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Sacred Heart Manor Apartment , con i ting of nineteen (19) unit .

33. GLS, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Union Place Apartment , con i ting of twenty-one (21) unit .

34. Glenwood, a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Glenwood Apartment , con i ting of forty- ix (46) unit .

35. Leroy and Audrey Goelz, with an addre at 70685-360th Street, Morton, Minne ota 56270, entered into three contract for rental hou ing at the following project known a :

(i) Goelz 8-Plex I Apartment , con i ting of eight (8) unit ;

(ii) Goelz 8-Plex II Apartment , con i ting of eight (8) unit ; and

(iii) Goelz 8-Plex III Apartment , con i ting of eight (8) unit .

36. Grant-KO Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Emerald Kourt/Kar urima Kourt Apartment , con i ting of forty (40) unit .

37. Green-KO Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into two contract for rental hou ing at the following project known a :

(i) Centennial Kourt Apartment , con i ting of twelve (12) unit ; and

(ii) Maderia Kourt Apartment , con i ting of twenty (20) unit .

38. Greenway of Harlan A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Greenway of Harlan Apartment , con i ting of twenty-four (24) unit .

39. Greenway of Mt. Plea ant A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Greenway of Mt. Plea ant Apartment , con i ting of twenty-four (24) unit .

40. Greenway of O kaloo a A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Greenway of O kaloo a Apartment , con i ting of forty-four (44) unit .

41. H & M Propertie , with an addre at 601 Lewi Avenue North, P.O. Box 698, Watertown, Minne ota 55388, entered into two contract for rental hou ing at the following project known a :

(i) Hilltop I Apartment , con i ting of ixteen (16) unit ; and

(ii) Hilltop II Apartment , con i ting of ixteen (16) unit .

42. H-P Limited Partner hip of Middleton, with an addre at 579 D'Onofrio Drive #10, Madi on, Wi con in 53719, entered into two contract for rental hou ing at the following project known a :

(i) Pine Apartment , con i ting of eight (8) unit ; and

(ii) Sunri e Apartment , con i ting of ixteen (16) unit .

43. William Ha kin , with an addre at 1115 Nokomi Street, Alexandria, Minne ota 56308, entered into one contract for rental hou ing at the following project known a :

(i) Oak Manor Apartment , con i ting of twelve (12) unit .

44. R. Bruce Haupert, with an addre at P.O. Box 2447, Iowa City, Iowa 52244, entered into one contract for rental hou ing at the following project known a :

(i) Main Street Place Apartment , con i ting of eleven (11) unit .

45. Jame and Beverly Heike, with an addre at 135 Ea t Main Street, Mondovi, Wi con in 54755, entered into two contract for rental hou ing at the following project known a :

(i) Jeffer on Street Apartment , con i ting of ten (10) unit ; and

(ii) Memorial Drive II Apartment , con i ting of ten (10) unit .

46. Gordon Helmeid, with an addre at 5742 Taft Street, Middleton, Wi con in 53562, entered into one contract for rental hou ing at the following project known a :

(i) Mound View Apartment , con i ting of eight (8) unit .

47. Heritage Propertie , a Minne ota Limited Partner hip, with an addre at 5100 Eden Avenue, Edina, Minne ota 55436, entered into one contract for rental hou ing at the following project known a :

(i) Heritage Place Apartment , con i ting of twenty (20) unit .

48. Highland Multi-Family Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Fairview Apartment , con i ting of ix (6) unit .

49. Horizon Enterpri e of Horicon, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Oak Grove Apartment , con i ting of twenty-four (24) unit .

50. Hou ing Facilitie of Verona, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Schettler Terrace Apartment , con i ting of thirty-two (32) unit .

51. I-S Limited Partner hip of Middleton, with an addre at 579 D'Onofrio Drive #10, Madi on, Wi con in 53719, entered into two contract for rental hou ing at the following project known a :

(i) Lake View Apartment , con i ting of eight (8) unit ; and

(ii) Meadow View Apartment , con i ting of eight (8) unit .

52. Independence Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Wood Edge Apartment , con i ting of ixteen (16) unit .

53. Iowa County Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Glenwood/Kari We t Apartment , con i ting of ixteen (16) unit .

54. I land View, a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) I land View Apartment , con i ting of thirty-two (32) unit .

55. Jack on Bay, a Limited Partner hip, with an addre at 10215 North 111th Place, Scott dale, Arizona 85259, entered into one contract for rental hou ing at the following project known a :

(i) Jack on Bay Apartment , con i ting of twenty-five (25) unit .

56. Jame Town of St. Jame , a Limited Partner hip, with an addre at 119 South 7th Street, St. Jame , Minne ota 56081, entered into one contract for rental hou ing at the following project known a :

(i) Jame town Apartment , con i ting of twenty (20) unit .

57. Juneau Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Fairfield Apartment , con i ting of eighteen (18) unit .

58. K & H Limited Partner hip of Middleton, with an addre at 579 D'Onofrio Drive #10, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) River Mill Apartment , con i ting of twenty-four (24) unit .

59. Donald Knaack, with an addre at 1291 South Renee Place, Pueblo We t, Colorado 81007, entered into two contract for rental hou ing at the following project known a :

(i) Monticello Meadow Apartment , con i ting of ixteen (16) unit ; and

(ii) Rolling Hill Apartment , con i ting of ixteen (16) unit .

60. Nyall and Cheryl Knut on, with an addre at 1404 Berberry, Jane ville, Wi con in 53545, entered into one contract for rental hou ing at the following project known a :

(i) Golden Acre Apartment , con i ting of ixteen (16) unit .

61. Lake Delton Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Arbor Glen Kourt Apartment , con i ting of twenty-four (24) unit .

62. Libby Plaza II A ociate , a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Libby Plaza II Apartment , con i ting of thirty (30) unit .

63. Loi B., a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Pattee Tew Apartment , con i ting of twelve (12) unit .

64. Low Enterpri e , a Limited Partner hip, with an addre at 579 D'Onofrio Drive #10, Madi on, Wi con in 53719, entered into two contract for rental hou ing at the following project known a :

(i) Fore t Apartment , con i ting of eight (8) unit ; and

(ii) Willow Apartment , con i ting of eight (8) unit .

65. M & S Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into two contract for rental hou ing at the following project known a :

(i) Lake View/Tower Ridge Apartment , con i ting of twenty-four (24) unit ; and

(ii) Valley Apartment , con i ting of twenty-four (24) unit .

66. M-W Limited Partner hip of Middleton, with an addre at 579 D'Onofrio Drive #10, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) Cherrywood Apartment , con i ting of eight (8) unit .

67. Marble Hou ing Company, with an addre at 1021 South 2nd Avenue, Virginia, Minne ota 55792, entered into one contract for rental hou ing at the following project known a :

(i) Weidner' Silverwood Apartment , con i ting of twenty-three (23) unit .

68. Thoma Mayberry, with an addre at 119 South 7th Street, St. Jame , Minne ota 56081, entered into one contract for rental hou ing at the following project known a :

(i) Somer et Green South Apartment , con i ting of twenty-four (24) unit .

69. Merrill Family Hou ing, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) The Meadow Apartment , con i ting of thirty-two (32) unit .

70. Monroe Hou ing, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Wyndamere Place Apartment , con i ting of twenty-two (22) unit .

71. Necedah Multi-Family Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) North Country Apartment , con i ting of eight (8) unit .

72. New-Bel-Mo Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into two contract for rental hou ing at the following project known a :

(i) Karlotta Kourt Apartment , con i ting of eight (8) unit ; and

(ii) Ve caya Kourt Apartment , con i ting of ixteen (16) unit .

73. New Li bon Multi-Family Hou ing, a Limited Partner hip, with an addre at 11881 Ea t Fire Lane Road, Solon Spring , Wi con in 54873, entered into one contract for rental hou ing at the following project known a :

(i) Sunnydale Apartment , con i ting of ixteen (16) unit .

74. Oconto Fall Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) The Fall Apartment , con i ting of ixteen (16) unit .

75. Ogilvie Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Ogilvie Square Apartment , con i ting of fifteen (15) unit .

76. O eo Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Camelot Apartment , con i ting of ixteen (16) unit .

77. Jo eph Pachnow ki, with an addre at 7 Chad ford Court, Marlton, New Jer ey 08053, entered into one contract for rental hou ing at the following project known a :

(i) Twin Oak Apartment , con i ting of twelve (12) unit .

78. Pacific Place Apartment , a Limited Partner hip, with an addre at with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Pacific Place Apartment , con i ting of twenty-four (24) unit .

79. Park Apartment , a Minne ota Limited Partner hip, with an addre at P.O. Box 264, Geneva, Minne ota 56035, entered into one contract for rental hou ing at the following project known a :

(i) Park Apartment , con i ting of ixteen (16) unit .

80. Pe htigo Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) The Pine Apartment , con i ting of ixteen (16) unit .

81. Pine Meadow Partner hip, a Limited Partner hip, with an addre at 1018 Gammon Lane, Suite 100, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) Pine Meadow Apartment , con i ting of eight (8) unit .

82. Platteville Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Fairfield Kourt Apartment , con i ting of twenty-four (24) unit .

83. Point Wood Partner hip, a Limited Partner hip, with an addre at 1018 Gammon Lane, Suite 100, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) Point Wood Apartment , con i ting of twelve (12) unit .

84. Pokegama Square A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Pokegama Square I Apartment , con i ting of twenty-four (24) unit .

85. Pokegama Square II A ociate , a Limited Partner hip, with an addre at 8955 Ferndale Lane, Eden Prairie, Minne ota 55347, entered into one contract for rental hou ing at the following project known a :

(i) Pokegama Square II Apartment , con i ting of ixteen (16) unit .

86. Elaine Pomerening, with an addre at 925 Wil on Street, Fennimore, Wi con in 53809, entered into two contract for rental hou ing at the following project known a :

(i) Pomerening I Apartment , con i ting of eighteen (18) unit ; and

(ii) Pomerening II Apartment , con i ting of fourteen (14) unit .

87. Prairie Du Chien Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Highland View Apartment , con i ting of thirty-two (32) unit .

88. Prairie Village of Grinnell A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Prairie Village of Grinnell Pha e I Apartment , con i ting of twenty-four (24) unit .

89. Prairie Village of Grinnell II A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Prairie Village of Grinnell Pha e II Apartment , con i ting of thirty-two (32) unit .

90. Prairie Village of Wapello A ociate , a Limited Partner hip, with an addre at 529-36th Street, De Moine , Iowa 50312, entered into one contract for rental hou ing at the following project known a :

(i) Prairie Village of Wapello Apartment , con i ting of twenty-four (24) unit .

91. Prime Realty Propertie , a Limited Partner hip, with an addre at 11280 South Twin Lake Road, Salon Spring , Wi con in 54873, entered into two contract for rental hou ing at the following project known a :

(i) Ba hara Apartment , con i ting of ixteen (16) unit ; and

(ii) Brule Valley Apartment , con i ting of eight (8) unit .

92. R & R Inve tor , a Limited Partner hip, with an addre at 2535 South Shore Boulevard, St. Paul, Minne ota 55110, entered into one contract for rental hou ing at the following project known a :

(i) Maranatha Inn Apartment , con i ting of twenty-five (25) unit .

93. Rainbow Park, a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Rainbow Park Apartment , con i ting of forty-two (42) unit .

94. Rice Lake Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) High Cre t Ridge Apartment , con i ting of forty (40) unit .

95. Rogne Propertie , a General Partner hip, with an addre at P.O. Box 5, Ely ian, Minne ota 56028, entered into one contract for rental hou ing at the following project known a :

(i) Rogne Apartment , con i ting of eight (8) unit .

96. Sage Apartment A ociate , a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Sage Apartment , con i ting of thirty- ix (36) unit .

97. Sauk-KO Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Lin Mar Trace Apartment , con i ting of thirty (30) unit .

98. South Hill II, a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) South Hill II Apartment , con i ting of twenty-four (24) unit .

99. Sparta Hou ing, a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Sun et Place Apartment , con i ting of twenty-four (24) unit .

100. St. Croix Fall Family Hou ing, a Wi con in Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Parkview Apartment , con i ting of twelve (12) unit .

101. Stonecre t Development Company, with an addre at 2901 Morning ide Boulevard, Port St. Lucie, Florida 34952, entered into two contract for rental hou ing at the following project known a :

(i) Stonecre t Pha e I Apartment , con i ting of twenty-four (24) unit ; and

(ii) Stonecre t Pha e II Apartment , con i ting of eighteen (18) unit .

102. Stonecre t Development Company of Shelby County, an Indiana Partner hip, with an addre at 5356 Michael Court, Greenwood, Indiana 46142, entered into one contract for rental hou ing at the following project known a :

(i) Stonecre t Development Apartment , con i ting of ixteen (16) unit .

103. Swanville Apartment , a Minne ota Partner hip, with an addre at 236 Park Road, Staple , Minne ota 56479, entered into one contract for rental hou ing at the following project known a :

(i) Swanville Apartment , con i ting of ixteen (16) unit .

104. Terra View Partner hip, a Limited Partner hip, with an addre at 1018 Gammon Lane, Suite 100, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) Terra View Apartment , con i ting of twenty (20) unit .

105. The Meadow Partner hip, a Limited Partner hip, with an addre at 1018 Gammon Lane, Suite 100, Madi on, Wi con in 53719, entered into one contract for rental hou ing at the following project known a :

(i) The Meadow Apartment , con i ting of ixteen (16) unit .

106. Tre-Hoff, A Wi con in Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Tre-Hoff II Apartment , con i ting of twelve (12) unit .

107. Triton Enterpri e Corporation, with an addre at 730 St. Loui St., Edward ville, IL 62025, entered into one contact for rental hou ing at the following project known a :

(i) Triton Hou ing for Elderly & Handicapped, con i ting of twelve (12) unit .

108. Up ala Apartment , Incorporated, with an addre at 236 Park Road, Staple , Minne ota 56479, entered into one contract for rental hou ing at the following project known a :

(i) Valley View Apartment , con i ting of ixteen (16) unit .

109. Village Apartment , a Co-Partner hip, with an addre at 615 Bluff Avenue, Brainerd, Minne ota 56401, entered into one contract for rental hou ing at the following project known a :

(i) Village Apartment , con i ting of ixteen (16) unit .

110. Village Apartment of Germantown Hill , a Limited Partner hip, with an addre at 120 Ea t Mo ville Road, Peoria, Illinoi 61615, entered into one contract for rental hou ing at the following project known a :

(i) Orchard Apartment , con i ting of twenty (20) unit .

111. Village Apartment of Monck Corner, a Limited Partner hip, with an addre at 120 Ea t Mo ville Road, Peoria, Illinoi 61615, entered into one contract for rental hou ing at the following project known a :

(i) Village Apartment , con i ting of forty (40) unit .

112. Village Apartment of New Hol tein, a Limited Partner hip, with an addre at 120 Ea t Mo ville Road, Peoria, Illinoi 61615, entered into one contract for rental hou ing at the following project known a :

(i) Village Apartment , con i ting of ixteen (16) unit .

113. Paul and Sandra Vollan, with an addre at P.O. Box 450, c/o Farmer' State Bank, New London, Minne ota 56288, entered into two contract for rental hou ing at the following project known a :

(i) Londonderry Pha e I Apartment , con i ting of ixteen (16) unit ; and

(ii) Londonderry Pha e II Apartment , con i ting of ixteen (16) unit .

114. Wakefield Enterpri e , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Riverview Apartment , con i ting of thirty-two (32) unit .

115. Donald and Carol Walcker, with an addre at 309 Cedar Path, Hokah, Minne ota 55941, entered into one contract for rental hou ing at the following project known a :

(i) Como Fall Apartment , con i ting of twelve (12) unit .

116. Waupun-Guardian Partner , a Limited Partner hip, with an addre at 1020 Lincoln Avenue, Fennimore, Wi con in 53809, entered into one contract for rental hou ing at the following project known a :

(i) Pattee Meadow Apartment , con i ting of twenty-four (24) unit .

117. Leonard and Shirley We trom, with an addre at 22489 County Road 12, Elbow Lake, Minne ota 56531, entered into two contract for rental hou ing at the following project known a :

(i) Barrett Apartment , con i ting of twelve (12) unit ; and

(ii) Elbow Lake Apartment , con i ting of twenty-four (24) unit

118. Yakima Apartment A ociate , a Limited Partner hip, with an addre at P.O. Box 1059, Snohomi h, Wa hington 98291, entered into one contract for rental hou ing at the following project known a :

(i) Sunny ide Manor II Apartment , con i ting of twelve (12) unit .

**(Party Defendant)**

12. FmHA i an agency of the defendant. At all time relevant to the allegation in thi Complaint, FmHA and it re pective official and employee were acting a agent of the defendant. Pur uant to the Federal Crop In urance Reform and Department of Agriculture Reorganization Act of 1994, Pub. L. No. 103-354, § 233, 108 Stat. 3178 (1994), the Secretary of the Department of Agriculture wa authorized to e tabli h a ucce or agency to Farmer Home Admini tration known a Rural Hou ing and Community Development Service ("RHCDS"). Effective January 30, 1996, RHCDS changed it name to Rural Hou ing Service ("RHS"). (Agency Name Change, 61 Fed. Reg. 2899 (1996).) RHS i it elf part of the area within the Department of Agriculture known a "Rural Development." A u ed

herein, “FmHA” hall refer to Farmer Home Admini tration or it ucce or agencie , a appropriate.

13. An actual controver y exi t between the partie .

**JURISDICTION**

14. Thi Court ha juri diction over the ubject matter of thi action pur uant to 28 U.S.C. § 1491.

**BACKGROUND**

15. Prior to the 1960 , Congre ought to provide low-income hou ing primarily by ub idizing project developed, owned, and managed by local government public hou ing authoritie . During the 1960 and the 1970 , Congre changed it approach and enacted legi lation to encourage private developer to con truct, own, and manage large number of federally a i ted hou ing unit for low- and moderate-income re ident .

16. In furtherance of thi changed approach, Congre authorized FmHA to make or in ure loan to private entitie in order to timulate the private development of federally a i ted hou ing for low- and moderate-income and elderly re ident in rural area of the United State . Congre began thi program in 1962 by adding Section 515 to the Hou ing Act of 1949 (Pub. L. No. 87-723, § 4(b), 76 Stat. 671 (1962)) and expanded it cope in 1968 by adding Section 521 to that Act (Pub. L. No. 90-448, Tit. X, § 1001, 82 Stat. 551 (1968))(now codified at 42 U.S.C. §§ 1485 and 1490a, re pectively). Hou ing project ubject to Section 515 and/or 521 of the Hou ing Act of 1949 are referred to herein a “FmHA project .”

17. Each of the plaintiff (or their predece or -in-intere t) owning FmHA project agreed, under Section 515 and/or 521 of the Hou ing Act of 1949, a amended, 42 U.S.C. §§ 1485 and 1490a, to con truct, rehabilitate, or improve hou ing project and to enter into Loan Agreement with FmHA. The Loan Agreement , *inter alia*, impo ed ignificant obligation on plaintiff regarding the tenant to whom plaintiff could rent, the rent they could charge, the profit they could receive, and the maintenance and financial operation of each project ("the low income affordability re triction ").

18. Contemporaneou with the execution of the Loan Agreement, and referenced therein, each plaintiff (or it predece or-in-intere t) owning an FmHA project executed, *inter alia*, a Promi ory Note and Real E tate Mortgage. In executing the Promi ory Note, each plaintiff promi ed to pay to the order of the Government, in cheduled in tallment , the entire principal due pur uant to the Loan Agreement, together with intere t at a pecified rate. The Promi ory Note provided, *inter alia*, "Prepayment of cheduled in tallment , or any portion thereof, may be made at any time at the option of Borrower."

19. By igning the Loan Agreement and the Promi ory Note referenced therein, plaintiff promi ed, *inter alia*, (i) to con truct and maintain hou ing in accordance with FmHA' pecification ; (ii) to u e their FmHA project for the purpo e of hou ing people eligible for occupancy a provided by Section 515 and appropriate FmHA regulation ; (iii) to charge no higher rent than tho e permitted by FmHA; (iv) to make timely payment on their mortgage ; and (v) to maintain certain ca h re erve . In exchange, the Government agreed to allow plaintiff to free them elve of FmHA' regulatory tricture in accordance with the

contractual provi ion of the Promi ory Note ubject to FmHA' pre ent regulation and to it future regulation not incon i tent with the expre provi ion of the Note .

20. The Loan Agreement obligate the plaintiff to operate their hou ing project in accordance with FmHA regulatory tricture only o long a plaintiff ' indebtedne and other obligation under the Promi ory Note, Real E tate Mortgage, and any related agreement remain un ati fied. Thu , a plaintiff' obligation under the Loan Agreement to operate it hou ing project in accordance with FmHA regulation expire upon that plaintiff' prepayment in full of it indebtedne and ati faction of any related obligation .

21. Con i tent with the language of the Promi ory Note, FmHA regulation codified at, *inter alia,* part 1865, 1866, and 1965, implementing Section 502 of the Hou ing Act of 1949, 42 U.S.C. § 1472, permitted plaintiff to prepay their mortgage at any time at their option, o long a they and their ucce or in intere t continued to comply with the re trictive-u e clau e, if any, contained in the Real E tate Mortgage.

22. Accordingly, plaintiff were entitled under their Loan Agreement with FmHA, FmHA' regulation , and their re pective Promi ory Note , to terminate their contract by prepaying their mortgage at any time at their option to enable them to go to market and maximize their return on inve tment.

23. Notwith tanding plaintiff ' contractual right to terminate their participation in the Government' hou ing program , the Government repudiated it obligation to recognize plaintiff ' right by enacting the legi lation de cribed below.

**CONGRESSIONAL ACTION**

**The 1988 Legi lation**

24. On February 5, 1988, Congre impo ed re triction on prepayment repudiating the right of pre-1979 FmHA contract holder to exerci e their contractual termination right at any time at their option by enacting Title II of the Hou ing and Community Development Act of 1987. (Pub. L. No. 100-242, 101 Stat. 1877 (1988), cited a the Emergency Low Income Hou ing Pre ervation Act of 1987 (codified a amended at 42 U.S.C. § 1472(c) and 12 U.S.C. § 1715*l* note)("the 1988 legi lation" or "ELIHPA").) Congre made certain finding in the 1988 legi lation, including but not limited to the following:

> (i) ome 150,000 unit of rural low income hou ing financed under ection 515 of the Hou ing Act of 1949 [i.e., FmHA hou ing unit ] are threatened with lo a a re ult of the prepayment of mortgage by owner ;
>
> (ii) the lo of thi privately owned and federally a i ted hou ing would occur in a period of harply ri ing rent on una i ted hou ing and extremely low production of additional low rent hou ing;
>
> (iii) a major review of alternative re pon e to thi threatened lo of affordable hou ing i now being undertaken by numerou private ector ta k force a well a State and local organization ;
>
> (iv) until the Congre can act on recommendation that will emerge from thi review, interim mea ure are needed to avoid the irreplaceable lo of low income hou ing and irrevocable di placement of current tenant .

The 1988 legi lation, Section 202(a).

**(The 1988 Legi lation' Prepayment Re triction For Pre-1979 FmHA Contract )**

25. Congre e timated that a large portion of the 367,000 unit owned by both pre-1979 and po t-1979 loan holder and originating between 1963 and 1985 were vulnerable to being prepaid during the few year following 1988. Po t-1979 FmHA loan holder , however, unlike pre-1979 loan holder , already were contractually required to maintain their project a low- and moderate-income hou ing for fifteen (15) or twenty (20) year . Thu , until uch time a Congre could act on recommendation re ulting from the continuing review of alternative re pon e to the perceived imminent lo of affordable hou ing and devi e a permanent olution for all FmHA loan , the 1988 legi lation confined it elf to dealing only with the pre-1979 FmHA loan , i.e., tho e FmHA loan originating from 1963 to 1979.

26. The 1988 legi lation contained mea ure de igned to place the pre-1979 FmHA contract holder "on the ame playing field" a the po t-1979 FmHA contract holder already ubject to a re trictive-u e clau e. For example, a pre-1979 FmHA contract holder could avoid a forced ale of it project by agreeing to extend it low-income u e for a period of not le than twenty (20) year from the date of loan origination. The 1988 Legi lation, Section 241.

27. Although denominated a an "interim mea ure," the 1988 legi lation pecifically amended exi ting law -- Section 502(c) of the Hou ing Act of 1949 -- and did not expire automatically. In tead of repealing the "interim mea ure " directed at pre-1979 FmHA contract holder , Congre devi ed, in 1992, a permanent re pon e for all FmHA loan , including tho e po t-1979 loan with contractual termination right .

28. Con i tent with the provi ion of exi ting po t-1979 FmHA contract containing re trictive-u e clau e , the 1988 legi lation recognized the contractual right of po t-1979 FmHA loan holder to terminate their contract by prepaying their loan at any time at their option provided that the project were maintained a low- and moderate-income hou ing for a period of fifteen (15) or twenty (20) year from the date of loan origination.

29. Contrary to the provi ion of pre-1979 FmHA contract , the 1988 legi lation repudiated the contractual right of FmHA contract holder to terminate their contract at any time at their option. The 1988 Legi lation, Section 241.

**<u>The 1992 Legi lation</u>**

30. On October 28, 1992, Congre amended Section 502(c) of the Hou ing Act of 1949 by enacting the Hou ing and Community Development Act of 1992 (Pub. L. No. 102-550, § 2 & Tit. VII, § 712, 106 Stat. 3681, 3841 (1992)(codified in relevant part at 42 U.S.C. § 1472(c))("the 1992 legi lation or Title VII").) Thi amendment eliminated the interim mea ure tatu of the 1988 legi lation' provi ion repudiating the contractual right of pre-1979 FmHA loan holder to terminate their contract at any time at their option.

31. In addition to making permanent the temporary repudiation of the contractual termination right of pre-1979 FmHA loan holder , the 1992 legi lation made permanent for <u>all</u> contract formed before 1989 the re triction that ELIHPA had impo ed on pre-1979 FmHA contract . (42 U.S.C. § 1472(c)(4)(A), a amended.)

32. For the fir t time, the 1992 legi lation permanently applied ELIHPA' re triction to <u>all</u> FmHA contract entered into before 1989. The tatute made no exception for contract entered into before 1979, nor did it ingle out (a ELIHPA had done for pre-

1979 contract ) any pecial treatment for tho e contract entered into between 1979 and 1989. Thu , the 1992 legi lation, igned into law by the Pre ident on November 2, 1992, together with implementing regulation , permanently repudiate the contractual termination right of any FmHA loan holder who choo e to terminate it contract.

33. Pur uant to the 1992 legi lation, holder of both pre-1979 and po t-1979 FmHA contract are permitted to terminate their contract by prepaying their loan only in accordance with pecified, non-contractual re triction , including but not limited to the requirement that, before accepting any offer to prepay, the Secretary mu t make rea onable effort to enter into an agreement to extend the low-income u e of FmHA project for not le than a period of twenty (20) year beginning on the date the agreement i executed. The 1992 Legi lation, Section 712, 42 U.S.C. § 1472(c)(4)(A).

34. The 1992 legi lation authorize FmHA, ubject to variou condition and at it di cretion, to offer limited, pecified “incentive ” to holder of FmHA contract which, along with the threat of the forced property ale di cu ed below, are de igned to induce aid contract holder to extend the low-income u e of their project . In general, the incentive allowed owner who e project ati fied variou guideline to apply for: (i) increa e in the rate of return on inve tment; (ii) reduction of the intere t rate on the mortgage loan; (iii) additional rental a i tance; and (iv) an equity loan. 42 U.S.C. § 1472(c)(4)(B).

35. The apprai al guideline u ed by FmHA to determine incentive are incon i tent with tandard apprai al guideline and re ult in value determination below fair market value.

36. For tho e FmHA project owner unwilling or unable to extend their participation in the Government' hou ing program by acquie cing to the "incentive " outlined above, the 1992 legi lation provide for forced ale of aid owner ' propertie to nonprofit organization or public agencie approved by FmHA which are required to maintain the project a low income hou ing, ubject to FmHA' approval of financial a i tance to the pro pective purcha er . Under the lengthy, cumber ome, and co tly procedure required, uch owner are required to offer their propertie for ale to uch purcha er for an extended period without receiving "incentive " or any other compen ation. 42 U.S.C. § 1472(c)(5)(A) - (F).

37. Such forced ale proceeding can be avoided only if (i) the FmHA project owner agree to continue to operate it project a low-income hou ing for a period determined by the Secretary, but not le than twenty (20) year from the date of loan origination**,** and to ubject it elf to the forced ale proceeding at the end of that period; or (ii) if the Secretary determine that hou ing opportunitie for minoritie will not be materially affected a a re ult of the prepayment and that either (a) tenant will not be di placed; or (b) there i an adequate upply of affordable rental hou ing within the market area of the hou ing that i a ured of being made available to all current tenant . 42 U.S.C. § 1472(c)(5)(G).

**Material Term**

38. Plaintiff ' contractual right to terminate their contract at any time at their option wa a material term of their contract . In the ab ence of thi contractual termination right, plaintiff would not have entered into their contract with FmHA. But for the legi lation repudiating plaintiff ' contractual termination right, plaintiff would achieve their

option of terminating their contract on tho e date that would maximize their inve tment return on their propertie , or on uch other date a they deem appropriate given their individual circum tance .

39. Plaintiff have complied fully and in good faith in all material re pect with the term and condition of their contract and have otherwi e fully performed their undertaking in connection therewith.

**THE IMPACT OF THE REPUDIATING LEGISLATION UPON PLAINTIFFS**

40. The tatutory cheme under the 1988 and 1992 legi lation and FmHA' implementing regulation repudiate the contractual right of FmHA project owner to terminate their contract at any time at their option in part by (i) compelling them to extend the low-income u e of their project ; and (ii) ubjecting them to forced ale of their propertie . The Government' repudiation doe not con titute a failure to carry out any immediate duty of pre ent performance unle and until the date of Government performance required by each contract arrive , i.e., the date that any FmHA contract holder would have achieved it option of terminating it contract but for the Government' repudiation. Thu , the Government' cheme con titute an anticipatory repudiation of the plaintiff ' contractual termination right.

41. The legi lation complained of herein al o re ult in a taking of plaintiff ' property for public u e without ju t compen ation. By requiring plaintiff to hou e low-income tenant and to accept new low-income tenant , the Government ha (i) con cripted plaintiff ' propertie for public u e; (ii) phy ically invaded or authorized other to phy ically

invade plaintiff ’ propertie ; and (iii) deprived plaintiff of their di tinct inve tment-backed expectation with regard to their propertie , all without providing any ju t compen ation.

**DAMAGES**

42. All plaintiff intended, upon entering into their contract with the FmHA, to exerci e their prepayment right and terminate their participation in the Section 515 program prior to the expiration of their full mortgage term . All of the pre-1979 plaintiff intended to prepay within ix year prior to the filing of thi amended complaint on February 27, 2004, and would have done o within aid ix-year period of time but for the government’ wrongful repudiation. All of the po t-1979 plaintiff , who con titute the great majority of owner in thi action, intended to prepay upon the expiration of the twenty-year re trictive u e clau e applicable to their propertie (none of which expired prior to December 1999), and would have done o but for the government’ wrongful repudiation.

43. Thu , all of the plaintiff in thi action filed uit within ix year after (1) the date that they intended to prepay their mortgage and terminate their contract with the FmHA, and (2) the date that they would have prepaid but for the government’ repudiation of their contract right . In addition, all plaintiff who ubmitted written prepayment application to the agency under the repudiating legi lation filed uit within ix year after receiving a final deci ion from the agency rejecting their reque t to prepay without re triction .

44. All plaintiff were ready, willing, and able to pay off their mortgage balance at the time they intended to exerci e their right to prepay and leave the Section 515 program.

45. A a con equence of the Government’ conduct, certain plaintiff have ubmitted application for prepayment and/or an offer of incentive from the Government.

The Government ha in every in tance refu ed to accept prepayment from plaintiff pur uant to the provi ion of their contract . Some plaintiff have been compelled to change their po ition to their detriment in reliance upon the Government' repudiation, including accepting incentive and tran ferring their propertie to third partie in lieu of a ale at fair market value. In light of the Government' repudiation, other plaintiff have foregone ubmitting any prepayment application becau e of the futility of doing o.

46. A a con equence of the Government' conduct, certain plaintiff have met with, or otherwi e made inquirie of, FmHA official regarding prepayment of their loan . Said Government official have repeatedly repre ented to plaintiff that prepayment will not be accepted. In ome ca e , Government official have tated that it i not worthwhile even to file a prepayment application.

47. The incentive and other alternative potentially provided by the 1988 and 1992 legi lation and implementing regulation are wholly incon i tent with plaintiff ' original contract right . Among other thing , aid incentive and alternative would require plaintiff to negotiate ub titute alternative tran action with the party who repudiated their contract that would expo e them to unrea onable financial ri k . Moreover, they fall far hort of compen ating plaintiff for the damage they have uffered and will continue to uffer a a re ult of the Government' repudiation of it contract with plaintiff , and would not provide ju t compen ation to plaintiff for the taking of their property for public u e.

48. A a re ult of the Government' repudiation of their contractual termination right, plaintiff have been (i) deprived of their right to u e or di po e of their property a they ee fit; (ii) compelled to allow the Government to u e or authorize other to purcha e and u e

their property to fulfill the Government’ undertaking to provide low co t rental hou ing to a egment of the public meeting Government eligibility tandard ; and (iii) required to continue to comply with the co tly re triction and obligation impo ed upon them by their Loan Agreement .

49. But for the Government’ conduct, certain plaintiff would have terminated their contract by prepaying their mortgage loan and/or elling their propertie to third partie . The Government ha deprived and will deprive the e plaintiff of earning on the ale of their propertie becau e it repudiation of plaintiff ’ contractual termination right ha prevented any prepayment, and con equently any ale, from taking place.

50. But for the Government’ conduct, certain plaintiff would have terminated their contract by prepaying their mortgage loan and converting their propertie into commercial hou ing for which they could obtain rent at market rate in exce of the rent chargeable to low- and moderate-income tenant under the Government’ program . The Government ha deprived and will deprive the e plaintiff of the value of increa ed rent they would receive becau e it repudiation of plaintiff ’ contractual termination right ha prevented any prepayment, and con equently any increa e in rent , from taking place.

51. All plaintiff have uffered other, additional damage including without limitation the lo t opportunity co t a ociated with inve tment and bu ine opportunitie plaintiff have been foreclo ed from pur uing by virtue of their inability to exerci e their contractual right to terminate their contract at any time at their option.

## COUNT ONE

(Breach of Contract)

52. Plaintiff incorporate paragraph 1 through 49 by reference a if fully et forth herein.

53. Defendant' legi lation anticipatorily repudiated the contract between the defendant and each of the plaintiff . The Government' anticipatory repudiation ha deprived and will deprive each plaintiff of it contractual right to terminate it contract at any time at it option before the expiration date of it forty (40) or fifty (50) year contract term. The Government' anticipatory repudiation con titute a breach of each plaintiff' contract a of the date of Government performance required by each contract, i.e., the date that each plaintiff would terminate it contract but for the Government' repudiation.

54. A a direct and proximate re ult of defendant' conduct, plaintiff have been damaged in an amount which will be proven at trial. Plaintiff are continuing to uffer injury and re ulting damage each day that they are denied the ability to exerci e their contractual termination right and go to market with their propertie at any time at their option.

## COUNT TWO

(Ju t Compen ation)

55. Plaintiff incorporate paragraph 1 through 52 by reference a if fully et forth herein.

56. A of the date of Government performance required by each contract entered into between defendant and the plaintiff , defendant' conduct con titute a taking of

plaintiff ' real and intangible property intere t for public u e and require payment to plaintiff of ju t compen ation under the Fifth Amendment to the U.S. Con titution.

57. Plaintiff are entitled to ju t compen ation for the taking of their propertie in an amount which will be proven at trial. Plaintiff are continuing to uffer injury and re ulting damage each day that they are denied the ability to convert their propertie to market rate or conventional propertie .

**PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff pray for judgment a follow :

**AS TO COUNT ONE**

1. That the Court award plaintiff monetary relief for the damage uffered to date and for the damage plaintiff continue to uffer a a re ult of defendant' breache of plaintiff ' contract , in an amount to be determined at trial.

**AS TO COUNT TWO**

2. That the Court award plaintiff ju t compen ation during the period during which plaintiff ' propertie have been taken for public u e by defendant, in an amount to be determined at trial.

**AS TO ALL COUNTS**

3. That the Court award plaintiff their attorney ' fee and expen e a allowed pur uant to the Equal Acce to Ju tice Act, 28 U.S.C. § 2412 et eq., the Uniform Relocation A i tance and Real Property Acqui ition Policie Act of 1970, 42 U.S.C. § 4654(c), and other applicable law.

4. That the Court award plaintiff their co t and intere t a allowed by law.

5. That the Court grant uch other and further relief a the law and the evidence may ju tify and a the Court may deem ju t and proper.

Dated: February 27, 2004

**Filed Electronically**

Re pectfully ubmitted,

**/ Jeff H. Eckland**

Mark J. Blando, Of Coun el
FAEGRE & BENSON LLP
2200 Well Fargo Center
90 South Seventh Street
Minneapoli , Minne ota 55402-3901
Telephone: (612) 766-7000
Telecopy: (612) 766-1600

M2:20601317.04