IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.F.T.E.R. INCORPORATED, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 03-2264C |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 28 days, to and including April 9, 2004, within which to file a reply in support of defendant's motion to dismiss. Defendant's reply is presently due on March 12, 2004. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel has authorized us to state that plaintiffs will not oppose this motion.

Plaintiffs filed their opposition to our motion to dismiss on February 27, 2004, after obtaining three unopposed enlargements of time totaling 56 days. Since that time, Government counsel has been almost fully occupied with the defense of a bid protest concerning a major Government contract in AmerisourceBergen Drug Corp. V. United States, No. 04-0063 (Fed. Cl.) ("Amerisource"). Replies to cross-motions for judgment upon the administrative record were filed by the parties in that case on March 5, and a hearing is scheduled for March 11, 2004. Additionally, Government counsel has been occupied with the preparation of an appellate brief in Adams v. United States, No. 00-447 (Fed. Cl.), appeal docketed, No. 04-5012 (Fed. Cir. Oct. 28, 2003). The Government's brief in Adams was originally due on February 24, 2004, but we requested an enlargement of time until March 25, 2004, within which to file that brief, primarily because of the demands of the Amerisource litigation. Because of this schedule, Government

counsel has had, and for the next two weeks will continue to have, very little time within which to prepare its reply brief in this case.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

Filed electronically

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

March 10, 2004