**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

A.F.T.E.R. INCORPORATED, et al.,

Plaintiffs,

**File No. 03-2264C**
**Judge Braden**

v.

THE UNITED STATES

Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs respectfully requests an enlargement of time of one month, up to and including December 1, 2004, for the purpose of filing plaintiffs' Second Amended Complaint. Plaintiffs' complaint is currently due on November 1, 2004.[1] This is plaintiffs' first request for an enlargement of time for this purpose. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose this motion.

Plaintiffs continue to work diligently in preparing their amended complaint. However, plaintiffs have encountered a number of difficulties in obtaining supplemental information from various plaintiffs who in many cases are attempting to locate documents from years ago. This case involves 119 plaintiffs who own 148 properties, and the Court's prior order requires plaintiffs to supply additional information regarding each of the properties at issue. At the same time, certain plaintiffs have been unavailable for significant periods of time due to business and

[1] The Court originally ordered the amended complaint to be filed on October 30, 2004, which is a Saturday. Accordingly, pursuant to the applicable rules, the complaint is currently due on November 1, 2004.

other commitments. Thus, plaintiffs require a modest extension of time to finish gathering the required supplemental information and complete their filing.

Further, other pressing matters have prevented plaintiffs' counsel from being able to dedicate a sufficient amount of time to prepare their amended complaint by the current due date. Most significantly, counsel for plaintiffs are preparing for trial in *Chancellor Manor v. United States*, No. 98-39C (Judge Lettow). The trial of that matter, which will be held in Minnesota and Washington, D.C., will commence on November 8, 2004 and continue through the month of November and into December. Further, various filings in *Franconia Associates v. United States*, No. 97-381C (Judge Allegra), *Allegre Villa v. United States*, No. 98-823C (Judge Miller), and numerous other related matters have demanded a large portion of counsel's time during this period.

Accordingly, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing their second amended complaint by one month up to and including December 1, 2004.

Dated: October 29, 2004

**Filed Electronically**

**s/Jeff H. Eckland**

Mark J. Blando, Of Counsel
ECKLAND & BLANDO
700 Lumbar Exchange
10 South Fifth Street
Minneapolis, MN 55402
612-305-4440