ORIGINAL

# In the United States Court of Federal Claims

No. 03-2264C
Filed November 3, 2004

FILED
NOV 4 2004
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| A.F.T.E.R., INC., *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiffs' unopposed motion for enlargement of time, filed October 30, 2004, is **GRANTED**. Accordingly, plaintiffs' second amended complaint is now due on December 1, 2004.

**IT IS SO ORDERED.**

SUSAN G. BRADEN
Judge