**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

A.F.T.E.R. INCORPORATED, et al.,

Plaintiffs,

**File No. 03-2264C**
**Judge Braden**

v.

THE UNITED STATES

Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs respectfully request an enlargement of time of three weeks (twenty-one (21) calendar days), up to and including December 22, 2004, for the purpose of filing plaintiffs' Second Amended Complaint. Plaintiffs' complaint is currently due on December 1, 2004. This is plaintiffs' second request for an enlargement of time for this purpose. Plaintiffs have informed counsel for the United States of their intention to seek this enlargement of time and the United States does not object to or intend to oppose this motion.

Plaintiffs continue to work diligently in preparing their Second Amended Complaint. However, plaintiffs have encountered delays in obtaining supplemental information from various plaintiffs who in many cases are attempting to locate documents from years ago. This case involves 119 plaintiffs who own 148 properties, and the Court's prior order requires plaintiffs to supply additional information regarding each of the properties at issue. At the same time, certain plaintiffs have been unavailable for significant periods of time due to business and other

commitments. Thus, plaintiffs require a further modest extension of time to finish gathering the required supplemental information and complete their filing.

In addition, other pressing matters have prevented plaintiffs' counsel from being able to dedicate a sufficient amount of time to complete the amended complaint by the current due date. Most significantly, counsel for plaintiffs are engaged in the trial of *Chancellor Manor v. United States*, No. 98-39C (Judge Lettow). The trial of that matter commenced on November 8, 2004, continued through November and will continue into December. Further, various filings in *Franconia Associates v. United States*, No. 97-381C (Judge Allegra), *Grass Valley Terrace v. United States*, No. 98-726C (Judge Damich), and numerous other related matters have demanded a large portion of counsel's time during this period.

Accordingly, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing their Second Amended Complaint by three weeks up to and including December 22, 2004.

Respectfully submitted,

Dated: December 1, 2004

**Filed Electronically**

**s/Jeff H. Eckland**

Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: 612-305-4440
Facisimile: 612-305-4439