# In the United States Court of Federal Claims

No. 03-2264C
Filed December 2, 2004

************************************
*
A.F.T.E.R., INC., *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

Plaintiffs' unopposed motion for enlargement of time, filed December 1, 2004, is **GRANTED**. Accordingly, plaintiffs' second amended complaint is now due on December 22, 2004.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge