# In the United States Court of Federal Claims

No. 03-2264C

Filed April 5, 2005

***********************************
*
A.F.T.E.R., INC., *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

A telephone status conference will be held on April 6, 2005 at 2:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge