# In the United States Court of Federal Claims

No. 03-2264C
Filed April 7, 2005

************************************

A.F.T.E.R., INC., *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

Pursuant to the April 6, 2005 telephone status conference and with the parties' consent, the court hereby stays this matter until the Government is advised by the Office of the Solicitor General whether the Government will pursue its appeals from the decision in *Franconia Associates v. United States*, 61 Fed. Cl. 718 (2004), and resulting final judgments in various consolidated cases addressed in that decision.

Accordingly, the Government will notify the court after a decision has been reached regarding the appeals of *Franconia Associates*. After receiving the status report, the court will lift the stay, schedule a status conference to discuss further proceedings, and set a trial date.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**