# In the United States Court of Federal Claims

No. 03-2264C
Filed May 5, 2005

A.F.T.E.R., INC., *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephone status conference will be held on May 23, 2005 at 3:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge