# In the United States Court of Federal Claims

No. 03-2264C
Filed April 6, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| A.F.T.E.R., INC., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

A telephone conference will be held on Monday, April 17, 2006 at 1:00pm, E.S.T.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**