# In the United States Court of Federal Claims

No. 03-2264C
Filed April 17, 2006

************************************
*
A.F.T.E.R., INC., *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

In accordance with the status conference conducted on April 17, 2006, this case is hereby **STAYED** until June 1, 2006, in anticipation of the May 8, 2006 Alternate Dispute Resolution session before the Honorable Marian Blank Horn in related cases.

The parties will file a Joint Status Report **on or before June 1, 2006** describing the progress of the Alternate Dispute Resolution proceedings.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**