IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

A.F.T.E.R. Incorporated, et al.

Case No. 03-2264C
(Judge Braden)

Plaintiffs,

vs.

United States of America,

Defendant.

PLAINTIFF R&R INVESTORS' MOTION
TO SUBSTITUTE COUNSEL OF RECORD
AND AFFIDAVIT OF APPOINTMENT

Pursuant to RCFC 83.1(c)(4) and based upon the accompanying Declaration of Curtis Hogenson, Plaintiff R&R Investors in the above-referenced litigation moves to substitute Erick G. Kaardal as Counsel of Record for Plaintiff R&R Investors.

Dated: October 5, 2007

Erick G. Kaardal
Mohrman & Kaardal, P.A.
Suite 4100
33 South Sixth Street
Minneapolis, MN 55402
(612) 341-1074
(612) 341-1076 Facsimile

Affidavit of Appointment

Based upon the accompanying Declaration of Curtis Hogenson, I state, based on the information and knowledge known to me, that Plaintiff R&R Investors has appointed me as Counsel of Record.

Dated: October 5, 2007

Erick G. Kaardal

Sworn before me this
5th day of October, 2007
in the County of Hennepin,
State of Minnesota.

Notary Public

MARY GYNILD
Notary Public
Minnesota
My Commission Expires January 31, 2010