IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

A.F.T.E.R. Incorporated, et al.

Case No. 03-2264C
(Judge Braden)

Plaintiffs,

vs.

United States of America,

Defendant.

PLAINTIFF R&R INVESTORS' AMENDED MOTION
TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to RCFC 83.1(c)(4) and based upon the previously-filed Declaration of Curtis Hogenson, Plaintiff R&R Investors on October 5, 2007 moved to substitute Erick G. Kaardal as Counsel of Record for Plaintiff R&R Investors. Now, Plaintiff R&R Investors files this amended motion to substitute counsel of record.

Facts

Since the filing of the motion, Counsel of Record Jeff Eckland on October 9, 2007, inexplicably sued his client, Plaintiff R&R Investors (Original Partnership) and the members of the Original Partnership in an interpleader action filed in Minnesota state court – Attachment No. 1 ("Interpleader Action"). *See also Declaration of Curtis Hogenson.*

In the Interpleader Action, Counsel of Record Jeff Eckland has misidentified his client in this U.S. Court of Federal Claims proceeding as a party other than the Original Partnership:

> R&R Investors ("R&R") is a Minnesota partnership. . .   R&R has retained Faegre & Ecklund as its legal counsel in the Tucker Act litigation on a contingent-fee-basis.

*Complaint* ¶¶ 3, 13. The word "is" contradicts the Complaint, Amended Complaint and Second Amended Complaint filed in the U.S. Court of Federal Claims which correctly identifies the name and address of the Original Partnership.

As more fully explained in the Declaration of Curtis Hogenson, Counsel of Record Jeff Eckland represents Plaintiff R&R Investors – the Original Partnership – no one else.

By filing the Interpleader Action, Counsel of Record Jeff Eckland has not only abandoned the interests of his client R&R Investors, the Original Partnership – but now the Counsel of Record Jeff Eckland has sued the Original Partnership as well as the partners in the Original Partnership.

Argument

RCFC 83.1(c)(4) is premised on the common sense notion that the party chooses the attorney -- not the attorney chooses the party:

> A party other than the United States may by leave of court on motion change the party's attorney at any time.

For Counsel of Record Jeff Eckland to be right, the rule would have to be inverted so that the attorney, without leave of court, can change the party – that can not be correct.

Counsel of Record Jeff Eckland's lawsuit against his client Plaintiff R&R Investors in Minnesota state court does not give him a basis for resisting substitution of counsel. If anything, it worsens the situation by placing Counsel of Record Jeff Eckland in opposition to his client (Original Partnership) in two lawsuits – this one and the one in Minnesota District Court.

The facts remain. My client, Plaintiff R&R Investors (Original Partnership), employed Counsel of Record Jeff Eckland to represent it. My client has requested substitution of counsel. No amount of obfuscation or an additional lawsuit by Counsel of Record is going to change those facts.

For these reasons, the motion for substitution of counsel should be granted.

Dated: October 11, 2007

s/Erick G. Kaardal
Erick G. Kaardal
Mohrman & Kaardal, P.A.
Suite 4100
33 South Sixth Street
Minneapolis, MN 55402
(612) 341-1074
(612) 341-1076 Facsimile