STATE OF MINNESOTA | DISTRICT COURT

HENNEPIN COUNTY | FOURTH JUDICIAL DISTRICT

Faegre & Benson LLP and Eckland & Blando LLP,

Interpleader Plaintiffs,

vs.

R&R Investors, Curtis Hogenson, Diane Larson, Eileen M. Berger, Shirley J. Arvidson, David Klug, Mary Klug, Paul Strangis, the estate of Norman K. Arvidson, and the estate of Gerald Berger,

Interpleader Defendants.

Case Type: Other Civil
File No. _______________

**SUMMONS**

THE STATE OF MINNESOTA TO THE ABOVE-NAMED INTERPLEADER DEFENDANTS:

**YOU ARE HEREBY SUMMONED AND REQUIRED** to serve upon interpleader plaintiffs' attorneys an answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**YOU ARE HEREBY NOTIFIED,** that this case may be subject to Alternative Dispute Resolution (ADR) processes under Rule 114 of the General Rules of Practice for the District Courts. The Court Administrator or your attorney can provide you with information about ADR options and a list of neutrals available in your area. ADR does not affect your obligation to respond to the Summons and Complaint within twenty (20) days

Dated: October 9, 2007

FAEGRE & BENSON LLP

Timothy J. Cruz

William L. Roberts, # 212763
Michael F. Cockson # 280549
Timothy J. Cruz, # 0386626
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF**
**FAEGRE & BENSON LLP**

fb us 2324185 02

STATE OF MINNESOTA — DISTRICT COURT

HENNEPIN COUNTY — FOURTH JUDICIAL DISTRICT

Faegre & Benson LLP and Eckland & Blando LLP,

Interpleader Plaintiffs,

vs.

R&R Investors, Curtis Hogenson, Diane Larson, Eileen M. Berger, Shirley J. Arvidson, David Klug, Mary Klug, Paul Strangis, the estate of Norman K. Arvidson, and the estate of Gerald Berger

Interpleader Defendants.

Case Type: Other Civil
File No ______________

**COMPLAINT**

Faegre & Benson LLP ("Faegre") and Eckland & Blando LLP ("Eckland"), for their Complaint, state and allege as follows:

## PARTIES

1. Faegre is a Minnesota limited liability partnership.

2. Eckland is a Minnesota limited liability partnership.

3 R&R Investors ("R&R") is a Minnesota partnership

4. Curtis Hogenson is a Minnesota resident

5 Diane Larson is a Minnesota resident.

6. Eileen M. Berger is a Minnesota resident and, based on information and belief, personal representative of the estate of Gerald Berger.

7 Shirley J Arvidson is a Minnesota resident and, based on information and belief, personal representative of the estate of Norman K Arvidson.

8. David Klug and Mary Klug are Minnesota residents

9 Paul Strangis is a Minnesota resident.

10. This Interpleader action is commenced by Faegre and Eckland to resolve competing claims by the Interpleader Defendants to certain monies which are and will be held in Hennepin County by Faegre and Eckland.

## VENUE AND JURISDICTION

11. The Court has jurisdiction over this action pursuant to Minnesota Rules of Civil Procedure Rule 22 A substantial part of the events giving rise to this claim occurred in the State of Minnesota, and venue is proper in Hennepin County.

## FACTS

12 On September 30, 2003, R&R commenced, along with other plaintiffs, an action against the United States of America for breach of contract and a taking (the "Tucker Act Litigation").

13 R&R has retained Faegre and Eckland as its legal counsel in the Tucker Act Litigation on a contingent-fee-basis.

14. On May 21, 2007, R&R, along with other plaintiffs in the Tucker Act Litigation, entered into a Settlement Agreement with the United States of America.

15 R&R is entitled to proceeds in the amount of $37,500 in connection with an initial distribution to participants in the settlement. Faegre and Eckland seek to remit this initial distribution to R&R, net of attorneys' fees R&R is entitled to these net proceeds in the amount of $37,500 (the "First Fund").

16 R&R may also become entitled to additional proceeds as a result of the settlement. The total net proceeds to which R&R is entitled under the Settlement Agreement ("Total Settlement Proceeds") will not be known or available for some time.

17. Faegre and Eckland currently hold the First Fund in trust for distribution to R&R

18 Based on information and belief, Interpleader Defendant Paul Strangis claims entitlement to the First Fund and Total Settlement Proceeds based on his status as the current controlling owner and general partner of R&R.

19 Based on information and belief, Interpleader Defendants Curtis Hogenson, Diane Larson, Eileen M. Berger, and Shirley J. Arvidson claim entitlement to the First Fund and Total Settlement Proceeds based upon their status as former owners and general partners of R&R or successors to same.

20. Based on information and belief, Interpleader Defendants David and Mary Klug, the estate of Gerald Berger, and the estate of Norman K. Arvidson may claim entitlement to the First Fund and Total Settlement Proceeds based upon their status as former owners and general partners of R&R.

21 Faegre and Eckland are not aware of any other party who does or may assert an interest in the First Fund or Total Settlement Proceeds.

22 Based on information and belief, Faegre and Eckland is or may be exposed to multiple liability regarding the First Fund and Total Settlement Proceeds.

23. Faegre and Eckland petition this Court pursuant to Rule 22 of the Minnesota Rules of Civil Procedure for an Order: (i) authorizing Faegre and Eckland to pay the First Fund into Hennepin County Court; (ii) authorizing Faegre and Eckland to pay any future

proceeds which, in addition to the First Fund, constitute the Total Settlement Proceeds into Hennepin County Court; (iii) requiring defendants and any other interested parties in the Total Settlement Proceeds to interplead and assert their various rights and claims to the First Fund and the Total Settlement Proceeds; and (iv) upon payment by Faegre & Eckland of the First Fund and/or Total Settlement Proceeds, discharging and releasing Faegre and Eckland from all liability, legal or equitable, arising out of the First Fund and/or Total Settlement Proceeds

**WHEREFORE**, Faegre and Eckland pray for the following relief:

a. That the Interpleader Defendants be required to interplead and assert their various claims wholly against the First Fund and Total Settlement Proceeds paid into the Court;

b. That Faegre and Eckland be discharged, released and exonerated from all further liability to any Interpleader Defendant in connection with the First Fund and Total Settlement Proceeds;

c. That Faegre and Eckland be provided reasonable attorneys' fees associated with filing the various pleadings associated with this Interpleader action; and

d. For such other and further relief as the Court deems reasonable and necessary

Dated: October 9, 2007

FAEGRE & BENSON LLP

William L. Roberts, # 212763
Michael F. Cockson # 280549
Timothy J. Cruz, # 0386626
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF**
**FAEGRE & BENSON LLP**

Dated: October 9, 2007

ECKLAND & BLANDO LLP

Jeff H. Eckland, # 0139920
Mark J. Blando, # 0309229
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
612.236.0160

**ATTORNEYS FOR PLAINTIFF**
**ECKLAND & BLANDO LLP**

**ACKNOWLEDGMENT REQUIRED BY**
**MINN. STAT. § 549.211, SUBD. 1**

The undersigned hereby acknowledges that pursuant to Minn Stat § 549.211, Subd. 3, sanctions may be imposed if, after notice and a reasonable opportunity to respond, the Court determines that the undersigned has violated the provisions of Minn. Stat. § 549 211, Subd. 2.

Dated: October 9, 2007

FAEGRE & BENSON LLP

William Z. Roberts, # 212763
Michael F Cockson # 280549
Timothy J. Cruz, # 0386626
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF**
**FAEGRE & BENSON LLP**

Dated: October 9, 2007

ECKLAND & BLANDO LLP

Jeff H. Eckland, # 0139920
Mark J. Blando, # 0309229
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
612 236 0160

**ATTORNEYS FOR PLAINTIFF**
**ECKLAND & BLANDO LLP**

fb us 2324178 04