**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

*A.F.T.E.R. Incorporated, et al.,*
Plaintiff(s)

v.

*United States of America,*
Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: *03-2264C*
*Judge Braden*

I hereby certify that on October 11, 2007, I caused the following document:

*Plaintiff R&R Investors' Amended Motion to Substitute Counsel of Record*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Michael Sean Dufault**
  michael.dufault@usdoj.gov

- **Jeff Howard Eckland**
  Jeff@EcklandBlando.com,mflesher@faegre.com,Mark@EcklandBlando.com,Heather@EcklandBlando.com,Kate@EcklandBlando.com,WRoberts@faegre.com,mlysne@faegre.com

Dated: October 11, 2007

**s/ Erick G. Kaardal**
Erick G. Kaardal