**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

A.F.T.E.R. Incorporated, *et al.*,

Plaintiffs,

v.

United States,

Defendant.

**Case No. 03-2264C**
**(Judge Susan G. Braden)**

**PLAINTIFFS' STATUS REPORT ON MINNESOTA INTERPLEADER ACTION**

Pursuant to the Court's request, made during the status conference held in this matter on December 19, 2007, plaintiffs respectfully submit the following Status Report.

On January 3, 2008, the undersigned law firms, in their capacity as Interpleader Plaintiffs, appeared at a hearing in the Minnesota State interpleader action entitled "Faegre & Benson LLP and Eckland & Blando LLP, Interpleader Plaintiffs v. R&R Investors, et al., Interpleader Defendants," venued in the Hennepin County District Court, Fourth Judicial District, in Minnesota ("the District Court"). During that hearing, the Interpleader Plaintiffs brought their joint Verified Motion to Deposit Funds, *i.e.*, the monies respecting the settlement of the instant action before this Court, into the District Court. In addition, arguments were heard on Motions for a Declaratory Judgment and a Temporary Restraining Order filed by certain Interpleader Defendants.

On January 10, 2008, the District Court issued an order on said motions. In its order, the court (1) granted Interpleader Plaintiffs' motion to pay into the District Court any proceeds, including future proceeds, constituting the settlement monies to which Interpleader Defendants may be entitled; (2) denied Interpleader Defendants' Motions for

Injunctive Relief and Declaratory Judgment at this time; (3) reserved the issue as to whether or not attorneys' fees deducted from the settlement proceeds should be withheld; (4) recognized that Interpleader Defendants may interplead and assert their various rights and claims to the settlement proceeds; (5) directed the parties not to bring unnecessary or frivolous motions or sanctions will be levied; and (6) confirmed that the Interpleader Plaintiffs' Motion to Dismiss and the Interpleader Defendants' Motion for Summary Judgment will be heard on March 6, 2008.

Unless this Court directs otherwise, plaintiffs will submit a further status report upon the ruling of the District Court on the Motions to be heard on March 6, 2008.

DATED: January 21, 2008

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*